AO91 (Rev. 12/03)   Criminal Complaint                                                                                              AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | |
| Gagandeep SINGH<br>A205 732 584  India | Case Number: 1:13-po-1141 |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **January 17, 2013** in **Cameron** County, in the **Southern District Of Texas** defendant(s) the defendant being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on January 17, 2013. The defendant is a citizen of India who entered the United States illegally by wading across the Rio Grande River near Brownsville, Texas on January 17, 2013 thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Perez, Michael  Border Patrol Agent
Signature of Complainant

Perez, Michael    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

| January 19, 2013 | at | Brownsville, Texas |
|---|---|---|
| Date | | City/State |

| Ronald Morgan | U.S. Magistrate Judge | |
|---|---|---|
| Name of Judge | Title of Judge | Signature of Judge |